UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNICA MICHELE BENNETT, M.D., | § § § | |
| *Plaintiff,* | § § § | Civil Action No. 3:23-CV-0292-X |
| v. | § § | |
| PECAN LODGE LLC, et al., | § § § | |
| *Defendants.* | | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff's motion to file an amended complaint, adding new claims, and to take additional depositions of the owners of the defendant company.  (Doc. 30).  The request to amend the pleadings after the amendment deadline lacks good cause because the new claims would fail to survive a motion to dismiss and are therefore futile.  As to late depositions, good cause also does not exist because time existed when new counsel took over to obtain the information plaintiff seeks (albeit not through the apex depositions she seeks).  Accordingly, the Court **DENIES** the motion.

**IT IS SO ORDERED** this 14th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE